IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-00065 |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(1): |
| DAVID RAFAEL WALKER, | ) | Possession of a Firearm by a Felon |
| Defendant. | ) | |

The Grand Jury charges:

## Count 1

**Possession of a Firearm by a Felon**

On or about December 17, 2021, in the Northern District of Iowa, defendant DAVID RAFAEL WALKER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Hi-Point C9 9mm pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year:

1) Attempt to Elude, in *State of Iowa v. David Rafael Walker*, in the Iowa District Court for Linn County, on or about May 21, 2019, in Case No. FECR129250;

2) Mfg/Del 1<15 Gr Heroin/Analog, in *People of the State of Illinois v. Walker*, in the Circuit Court of Cook County, on or about May 15, 2013, in Case No. 13CR0688401;

3) Amt Narc Sched I/II/Sch/HS/PK, in *People of the State of Illinois v. Walker*, in the Circuit Court of Cook County, on or about May 15, 2013, in Case No. 13CR0688501; and

1

4) Other Amt Narcotic Sched I&II, in *People of the State of Illinois v. Walker*, in the Circuit Court of Cook County, on or about May 15, 2013, in Case No. 13CR0464202.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

_____  10-24-2023
Grand Jury Foreperson           Date

TIMOTHY T. DUAX
United States Attorney

By: *Daniel C. Tvedt*

DANIEL C. TVEDT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 10/25/2023
PAUL DE YOUNG, CLERK

2