# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>David Rafael WALKER<br>*Defendant* | )<br>)<br>) Case No. 23-CR-00065<br>)<br>) |

**RECEIVED** By USMS N/IA at 9:14 am, Oct 26, 2023

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David Rafael Walker,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Possession of Firearms by Felon in violation of Title 18, United States Code, Section 922(g)(1).

Date: October 25, 2023

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Mark A. Roberts, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/26/23, and the person was arrested on *(date)* 03/19/24
at *(city and state)* Mt Pleasant.

Date: 3/19/24

*Arresting officer's signature*

J O'Brien TFO
*Printed name and title*